THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Mabel B. Long,       
Appellant.
 
 
 

Appeal From Chesterfield County
Paul M. Burch, Circuit Court Judge

Unpublished Opinion No. 2003-UP-683
Submitted September 17, 2003  Filed 
 November 24, 2003

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Aileen P. Clare, Office of 
 Appellate Defense, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Charles H. Richardson, 
 all of Columbia, for Respondent. 
 
 
 

PER CURIAM:  Appellant, Mabel B. Long, was 
 indicted for and pled guilty to forgery, attempted forgery, and receiving stolen 
 goods.  The trial judge sentenced Long to concurrent terms resulting in a total 
 sentence of one year, suspended upon service of seven months with eight months 
 of probation.  We dismiss pursuant to Anders v. California, 386 U.S. 
 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991).  
 Counsels petition to be relieved is granted.
APPEAL DISMISSED.  
HUFF, STILWELL, and BEATTY, JJ., concur.